THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* SANTO CAMINITO, Appellant.

Submitted March 1, 1948; decided March 18, 1948.

Motion by appellant for reargument denied. [See 291 N. Y. 541.]

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* REGIS WILLIAMS, Appellant.

Submitted March 1, 1948; decided March 18, 1948.

*Regis Williams,* in person, for motion.

No one opposed.

Appeal dismissed and motion to prosecute appeal as a poor person denied.